1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK BUMPUS,

11              Plaintiff,              No. 2:12-cv-01102-DAD P

12        vs.

13   A. NANGALAMA, et al.,              ORDER AND

14              Defendants.             FINDINGS AND RECOMMENDATIONS

15   _____/

16          By an order filed May 14, 2012, plaintiff was ordered to file an in forma pauperis

17   affidavit or pay the appropriate filing fees within thirty days and was cautioned that his failure to

18   do so would result in a recommendation that this action be dismissed.  The thirty day period has

19   now expired, and plaintiff has not responded to the court's order and has not filed an in forma

20   pauperis affidavit or paid the appropriate filing fee.

21          Accordingly, IT IS HEREBY ORDERED that this action be randomly assigned to

22   a District Judge.

23          Also, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

1  days after being served with these findings and recommendations, plaintiff may file written

2  objections with the court.  Such a document should be captioned "Objections to Magistrate

3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

4  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

5  Ylst, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: June 25, 2012.

7

8  _____

9  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

10  DAD:4
    bum1102.fifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26