IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BUMPUS,

        Plaintiff,                   No. 2:12-cv-01102-GEB-DAD P

    vs.

A. NANGALAMA, et al.,

        Defendants.          ORDER

_____/

        On June 26, 2012, the court filed findings and recommendations recommending that this action be dismissed due to plaintiff's failure to comply with the court's order to submit either the filing fee or an in forma pauperis application. On July 18, 2012, plaintiff filed objections to those findings and recommendation and explained that he had requested his trust account statement and thought it had been forwarded to the court.

        The court will vacate the findings and recommendations and provide plaintiff with a final opportunity to submit the proper documents. Plaintiff has not submitted an application requesting leave to proceed in forma pauperis and a certified copy of his trust account statement.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an application requesting leave to proceed in forma pauperis on the form provided by the court and a

1

1 | certified copy of his prison trust account statement for the six month period immediately
2 | preceding the filing of his complaint;
3 |     2. The Clerk of the Court is directed to provide plaintiff with an Application to
4 | Proceed In Forma Pauperis By a Prisoner; and
5 |     3. Plaintiff failure to comply with this order shall result in the dismissal of this
6 | action.
7 | DATED: August 1, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bum1102.vac