UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS, | No. 2:12-cv-01102 GEB DAD P |
| Plaintiff, | |
| v. | ORDER |
| A. NANGALAMA, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On April 30, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Y. Fields was returned unserved because "Y. Fields has not been employed at CSP Sacramento since 2009."[1] Plaintiff must provide additional information in order to assist in effecting service on defendant Fields. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means available to plaintiff.

/////

---

[1] The U.S. Marshall noted that service may have been attempted on the wrong Y. Fields; however, in order to effect service, further information, such as the defendant's full name, should be provided by plaintiff on the USM-285 form.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 25, 2012;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Fields;

    b. Two copies of the endorsed complaint filed April 25, 2012; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: July 8, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
bump1102.8e

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. NANGALAMA, et al.,<br><br>　　　　　Defendant. | No.  2:12-cv-01102 GEB DAD P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　\_\_\_\_　　　completed summons form

　　　\_\_1\_\_　　completed USM-285 forms

　　　\_\_2\_\_　　copies of the 4/25/12 complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff