UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS, | No. 2:12-cv-01102 GEB DAD P |
| Plaintiff, | |
| v. | ORDER |
| A. NANGALAMA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Before the court is a document styled as a "Show of Good Cause" filed by plaintiff with the court on August 5, 2013.  Therein, plaintiff acknowledges that on July 8, 2013, the court ordered him to file a Notice of Submission of Documents, a new USM-285 form for defendant Fields, a summons, and copies of the endorsed complaint with this court within sixty days.  In his August 5, 2013 filing, plaintiff asserts that he has been transferred to Salinas Valley State Prison and that he does not have access to his personal property or the prison law library.  Without further explanation, plaintiff contends that he is unable to comply with the court's July 8, 2013 order and requests that the court issue an order granting him access to the law library.  Plaintiff's request in this regard will be denied.  However, the court will grant him an additional thirty days to comply with the court's prior order.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 5, 2013 filing styled as a "Show of Good Cause" (ECF No. 23) is denied;

2. On or before October 8, 2013, plaintiff shall submit his Notice of Submission and the documents set forth in the court's July 8, 2013 order; and

3. Plaintiff's failure to submit the required documents for service on defendant Fields will result in the dismissal of defendant Fields from this action.

Dated: August 19, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bump1102.ecf23