UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS, | No. 2:12-cv-01102 GEB DAD P |
| Plaintiff, | |
| v. | ORDER |
| A. NANGALAMA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 6, 2014, are adopted in full;

2. The motion to dismiss filed on July 19, 2014 (ECF No. 20) on behalf of defendants

1

Nangalama, Dillan, Sahota, Cox, Teachow and Deem is granted in part as follows:

    a. Plaintiff's claims against all defendants sued in their official capacities are dismissed;

    b. Plaintiff's Fourteenth Amendment claim is dismissed; and

3. This action shall proceed against defendants in their individual capacities solely as to plaintiff's claim that he was provided constitutionally inadequate medical care in violation of his rights under the Eighth Amendment.

Dated: February 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge