UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. NANGALAMA, et al.,<br><br>    Defendants. | No. 2:12-cv-1102 GEB DB P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 23, 2015, plaintiff filed a motion to appoint counsel. ECF No. 46. On September 15, 2015, the court found that the appointment of counsel is warranted. ECF No. 51. Kimberly A. Harrison has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed for the limited purpose of completing discovery and filing or opposing dispositive motions, if any.

Accordingly, IT IS HEREBY ORDERED that:

1. Kimberly A. Harrison is appointed as counsel in the above entitled matter for the limited purpose of completing discovery and filing or opposing dispositive motions, if any

2. Kimberly A. Harrison's appointment will terminate when the order ruling on any dispositive motions has been filed, or upon the expiration of time to file any dispositive motions, if none have been filed.  Prior to the termination of the appointment, the court

will accord counsel the option of proceeding as plaintiff's appointed counsel through trial. If counsel does not wish to continue representation of plaintiff after she has carried out her limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order on Kimberly Harrison, Law Office of Kimberly A. Harrison, 101 G St., Suite 100, Sacramento, CA 95814.

Dated: April 3, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE