UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. NANGALAMA, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-1102 GEB DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's original complaint on an Eighth Amendment medical indifference claim against defendants Dr. Nangalama, Dr. Dhillon, Dr. Sahota, LVN Cox, LVN Teachow, and A. Deem. Pending before the court is the parties' joint stipulation to enlarge the time for the parties to brief defendants' pending motion for summary judgment. (ECF No. 63.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's Opposition is due on or before January 26, 2018; and
2. Defendants' Reply is due on or before February 2, 2018.

Dated: January 25, 2018

/DLB7;
DB/Inbox/Routine/bump1102.msj stip

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1