UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BUMPUS,<br><br>  Plaintiff,<br><br>  v.<br><br>A. NANGALAMA, et al.,<br><br>  Defendants. | No. 2:12-cv-1102 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On December 8, 2017, defendants filed a motion for summary judgment. (ECF No. 62.) On January 25, 2018, pursuant to the parties' stipulation, the court extended the time for filing an opposition to January 26, 2018. (ECF No. 64.) On January 26, the parties filed a second stipulation to extend the time for filing an opposition to February 23, 2018. (ECF No. 65.)

The time for filing an opposition to the summary judgment motion has passed and plaintiff has not opposed the summary judgment motion.

////

////

////

////

////

1

Accordingly, within twenty days of the date of this order, plaintiff shall show cause why this case should not be dismissed for his failure to file an opposition to the summary judgment motion. See E.D. Cal. R. 230(c).

IT IS SO ORDERED.

Dated: March 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/bump1102.osc